

# Fourth Court of Appeals
## San Antonio, Texas

March 2, 2020

No. 04-19-00571-CV

**IN THE INTEREST OF J.J.R.S. AND L.J.R.S.**, Children

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01865
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Sitting:        Sandee Bryan Marion, Chief Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice
Beth Watkins, Justice
Liza A. Rodriguez, Justice

The en banc court has considered Appellant's motion for en banc reconsideration. The motion is DENIED. *See* TEX. R. APP. P. 49.7.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court